**BRADLEY/GROMBACHER, LLP**
Marcus J. Bradley, Esq. (SBN 174156)
Kiley L. Grombacher, Esq. (SBN 245960)
Lirit A. King, Esq. (SBN 252521)
31365 Oak Crest Drive, Suite 240
Westlake Village, California 91361
Telephone: (805) 270-7100 | Facsimile: (805) 270-7589
mbradley@bradleygrombacher.com
kgrombacher@bradleygrombacher.com
lking@bradleygrombacher.com

Attorneys for Plaintiff, JOAN JIMENEZ, individually
and on behalf of other individuals similarly situated

JACK S. SHOLKOFF, CA Bar No. 145097
jack.sholkoff@ogletree.com
JENNIFER L. KATZ, CA Bar No. 258917
jennifer.katz@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA 90071
Tel: 213-239-9800 | Fax: 213-239-9045

Attorneys for Defendant JELD-WEN, INC.

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAN JIMENEZ, individually and on behalf of other individuals similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JELD-WEN, INC., a Delaware corporation; and DOES 1 through 100, inclusive<br><br>Defendants. | **CASE NO. 5:21−cv−01157 JGB (SPx)**<br>**Assigned to: Hon. Jesus G. Bernal, Mag. Hon. Sheri Pym**<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION RE: DISMISSAL PURSUANT TO FED.R.CIV. P. 41(a)(1)(A)(ii)**<br><br>(*Filed Concurrently with* [*Proposed*] *Order)* |

**IT IS HEREBY STIPULATED** by and among JOAN JIMENEZ ("Plaintiff"), individually and on behalf of others similarly situated, and Defendant JELD-WEN, INC. ("Defendant") (together with Plaintiff, the "Parties"), acting through their counsel of record, to the dismissal of the above-entitled action and all claims asserted by Plaintiff therein pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) without prejudice. Each party shall bear their own attorney's fees and costs.

IT IS HEREBY FURTHER STIPULATED by the Parties that the statutes of limitations applicable to all of the claims alleged by Plaintiff in the above-entitled action by shall be tolled from the time that this Court enters the Order dismissing the instant action, without prejudice, until the time that an amended complaint is filed in the matter of *Jesus Nieto v. American Building Supply, Inc.*, Sacramento County Superior Court Case No. 34-2019-00259025-CU-OE-GDS, that includes the claims pled herein.

**IT IS SO STIPULATED.**

DATED: April 22, 2022        **BRADLEY/GROMBACHER, LLP**

By: /s/Marcus J. Bradley
       Marcus J. Bradley, Esq.
       Kiley Grombacher, Esq.
       Lirit A. King, Esq.

       Attorneys for Plaintiff

DATE: April 22, 2022        **OLGETREE DEAKINS**
                            **NASH SMOAK & STEWART, PC.**

By: /s/ Jennifer L. Katz
       Jack S. Sholkoff
       Jennifer L. Katz
       Attorneys for Defendant JELD-WEN, INC.

**SIGNATURE ATTESTATION**

I, Marcus Bradley, attest that I have obtained concurrence in the filing of this stipulation from Jennifer L. Katz and her approval to affix his/her electronic signature to this filing.

DATED: April 22, 2022

By: /s/ Marcus J. Bradley
    Marcus J. Bradley