JS-6

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOAN JIMENEZ, individually and on behalf of other individuals similarly situated,<br><br>                  Plaintiffs,<br><br> v.<br><br>JELD-WEN, INC., a Delaware corporation; and DOES 1 through 100, inclusive.<br><br>                Defendants. | **CASE NO. 5:21−cv−01157 JGB (SPx)**<br>Assigned to: Hon. Jesus G. Bernal,<br>               Mag. Hon. Sheri Pym<br><br>**<u>CLASS ACTION</u>**<br><br>**ORDER GRANTING JOINT STIPULATION RE: DISMISSAL PURSUANT TO FED.R.CIV. P. 41(a)(1)(A)(ii)** |

1

## ORDER

2      Pursuant to the Parties Joint Stipulation of Dismissal pursuant to Federal Rule of

3   Civil Procedure 41(a)(1)(ii) (the "Stipulation"), IT IS ORDERED that this action is

4   dismissed without prejudice pursuant to and in accordance with the terms of the

5   Stipulation.  Each party shall bear their own attorney's fees and costs.

6

7   **IT IS SO ORDERED.**

8

9   DATED:_May 3, 2022_____

10                                        _____

                                          HONORABLE JESUS G. BERNAL

11                                        UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING JOINT STIPULATION OF DISMISSAL